**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

JOSE RODRIGUEZ-ORTIZ

**Plaintiffs**

v.

H.P. SERVICES, CORP.

**Defendant**

**Civil No.** 21-1251 (RAM)

**JUDGMENT**

On January 17, 2023, Defendant filed a *Stipulation of Dismissal with Prejudice*, attaching the settlement agreement. (Docket No. 32). Plaintiffs subsequently filed a *Motion Requesting Order* informing the Court as to the payments to be awarded to each member of the class and reiterating the parties' request for dismissal of the claims with prejudice. (Docket No. 36). In accordance with the Order entered today at Docket No. 39, judgment is entered **DISMISSING** this action **WITH PREJUDICE** in its entirety. The Court will retain jurisdiction for enforcement purposes.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of February 2023.

s/Raúl M. Arias-Marxuach
UNITED STATES DISTRICT JUDGE